**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 454 MAL 2020

       Respondent                :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

          v.                     :

                                          :

ALVIN HENRY GRASTY,               :

       Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.